**Opinion issued February 7, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————

**NO. 01-13-00030-CV**

—————————

**IN THE INTEREST OF C.A.O., a child**

———————————————————————————————————————

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 06-DCV-151654**

———————————————————————————————————————

**MEMORANDUM OPINION**

Appellant Alberto Jesus Osorio attempts to appeal from the trial court's judgment signed October 12, 2012 terminating his parental rights to C.A.O.

An appeal from a judgment terminating parental rights is an accelerated appeal. TEX. FAM. CODE ANN. § 109.002(a) (West 2008). In an accelerated appeal, absent a motion to extend time under Texas Rule of Appellate Procedure 26.3, "the deadline for filing a notice of appeal is strictly set at twenty days after the judgment

is signed, with no exceptions." *In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005); *see* TEX. R. APP. P. 26.1(b), 26.3. Texas Rule of Appellate Procedure 26.3 permits at most a 15-day extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

Appellant filed his notice of appeal on January 3, 2013, 83 days after the judgment was signed. Appellant's notice of appeal was untimely filed. *See* TEX. R. APP. P. 26.1(b), 26.3; *In re K.A.F.*, 160 S.W.3d at 927. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

Accordingly, we grant appellee's motion to dismiss the appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.